IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| NATALIE WHALEN,                ) | |
|     Plaintiff,           ) | |
|                                  ) | CIVIL ACTION NO. |
|     v.                         ) | 1:11cv502-MHT |
|                                  ) | (WO) |
| CITY OF OZARK, a municipal   ) | |
| corporation,                    ) | |
|     Defendant.          ) | |

### JUDGMENT

With the exception of the issue of the enforcement of the settlement agreement, it is ORDERED that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs and attorneys's fees.

It is further ORDERED that the court retains jurisdiction for the purpose of enforcing the settlement agreement entered into by the parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of October, 2011.


                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**